UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTUAN MUNGO MARTINEZ (A# 241-865-637),

        Petitioner,

    v.

WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et al.,

        Respondents.

No.  1:26-cv-02642-DC-SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 9)

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 9.) On July 1, 2026, Respondents filed objections to the findings and recommendations, merely stating they generally object "for the reasons stated in [their] prior responsive pleadings." (Doc. No. 10.) However, those arguments were addressed by the magistrate judge and have already been rejected by this court. *See Inderjit Singh v. Albarran*, No. 1:26-cv-00940-DC-DMC, 2026 WL 392169 (E.D. Cal. Feb. 12, 2026) (granting motion for temporary restraining order and ordering a bond hearing

1

where the petitioner was detained pursuant to 8 U.S.C. § 1226(c) for approximately 12 months without a bond hearing); *see also Rodriguez v. Warden, California City Det. Facility*, No. 1:26-cv-01373-DC-SCR, 2026 WL 1727199 (E.D. Cal. June 15, 2026) (granting petition for a writ of habeas corpus and ordering a bond hearing where the petitioner was detained pursuant to 8 U.S.C. § 1226(c) for over 6 months without a bond hearing). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed June 25, 2026 (Doc No. 9), are ADOPTED;

2.      Petitioner Antuan Mungo Martinez's (A# 241-865-637) application for a writ of habeas corpus (Doc. No. 1) is GRANTED with respect to Count 2 (procedural due process);

3.      Within fourteen (14) days of the date of entry of this order, Respondents are ordered to provide Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of proving, by clear and convincing evidence, that Petitioner is either a flight risk or risk to community safety such that Petitioner's continued immigration detention is justified;

4.      Respondents are further directed to file a notice certifying compliance with the above provision within seven (7) days from the date of the bond hearing;

5.      If Petitioner is granted release on bond, Respondents shall return all of Petitioner's documents and possessions at the time of release;

6.      The Clerk of the Court is directed to serve California City Detention Facility with a copy of this order; and

/////

/////

2

7.      The Clerk of the Court is ordered to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **July 8, 2026**

_____
Dena Coggins
United States District Judge